**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JAMES MITCHELL and RODNEY GRESSLEY<br><br>individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STONEMOR PARTNERS L.P.<br><br>Defendant. | : | Civil Action No. 16-6239 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs James Mitchell and Rodney Gressley, by and through their undersigned counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice.

Respectfully submitted,

**MURPHY LAW GROUP, LLC**

By: /s/ Michael Murphy

Michael Murphy, Esq.
Murphy Law Group, LLC
Eight Penn Center, Suite 1803
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103
TEL: 267-273-1054
FAX: 215-525-0210
murphy@phillyemploymentlawyer.com
Attorney for Plaintiff

Date: December 19, 2016